IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HILL COUNTRY HOLDINGS, LLC d/b/a ASHLEY FURNITURE, | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) ) |
| Defendant. | ) ) |

CIVIL ACTION NO. SA-19-CA-0158-FB

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the parties' Joint Motion to Dismiss With Prejudice. (Docket no. 8). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the parties' Joint Motion to Dismiss With Prejudice (docket no. 8) is GRANTED such that this action is DISMISSED WITH PREJUDICE as to all parties and claims, with each party to bear its own costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 23rd day of April, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE